**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>RUTH ANN GREEN<br>1877 Belleville Rd<br>ORANGEBURG, SC  29115<br><br>DEBTOR<br><br>SS#1: XXX-XX-9921 | CHAPTER 13<br><br>CASE NO.:  05-10425-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Joy S. Goodwin, Trustee for the above referenced case is Check No. 840052 in the amount of $249.35 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:         Debtor Refund
REASON FOR RETURN:     Failure to Clear
AMOUNT:                $249.35

Date: January 20, 2011

/s/  Joy S. Goodwin, Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201
Phone: (803) 779-5180
Fax:    (803) 765-0167
E-mail: pleadings@ch13trustee.net